UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SERGIO HUGO HERNANDEZ,<br><br>　　　　　　　　Petitioner,<br>　v.<br>GARRETT, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:21-cv-00429-MMD-WGC<br><br>ORDER |

Petitioner Sergio Hernandez has submitted a *pro se* habeas corpus petition on the Court's 28 U.S.C. § 2254 form. (ECF No. 1-1.) Hernandez's application to proceed *in forma pauperis* is granted. (ECF No. 1.)

However, Hernandez indicates in his petition that he seeks to challenge his federal criminal conviction in Case No. 2:07-cr-00110-RLH-GWF-1. To challenge a federal criminal conviction, Hernandez must file a § 2255 motion to vacate, set aside or correct that sentence. A § 2255 motion is to be filed in the underlying federal criminal case itself. As such, this action is dismissed for failure to state a claim for which relief may be granted.

It is therefore ordered that Petitioner Sergio Hernandez's application to proceed *in forma pauperis* (ECF No. 1) is granted.

The Clerk of Court is directed to detach and file Hernandez's petition (ECF No. 1-1).

It is further ordered that Hernandez's petition is dismissed.

It is further ordered that Hernandez is denied a certificate of appealability.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 20th Day of October 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE